ADDENDUM to MOTION

Dear Judge Laura Swain, page 1 of 1

23cv10521

I wanted to personally write to you to apologize for the handwritten submission. I respect you and this court so much. I hope that you do not penalize me for the handwritten submission as I found out on 1/27/24 of the 1/28/2024 deadline. It conflicts with a date specific event at which my appearance is obligated.

Thank you for your understanding

pro se Livers filing and known hereafter as Jane Doe 1/27/20

RECEIVED
2024 JAN 28 AM 1:02

SUPREME COURT OF THE STATE OF NEW YORK

| COUNTY OF NEW YORK -- X | Index No.: CV 10521 <br> Plaintiff designates **NEW YORK COUNTY** as the place of trial **SUMMONS WITH NOTICE** <br> The basis of the venue is: A substantial part of the events or omissions giving rise to the claim occurred in New York County |
|---|---|

JANE DOE AKA DC Livers
Plaintiff,
v.
Defendants.
JAMES DOLAN, THE NEW YORK KNICKS, MADISON SQUARE GARDEN, MADISON SQUARE ENTERTAINMENT, NATIONAL ASSOCIATION OF BASKETBALL ASSOCIATION (hereafter NBA), RONALD GLEN "BIG BABY" DAVIS, KEVIN GARNETT, THE BOSTON CELTICS, THE GARDEN OF DREAMS, IAN BEGLEY, ESPN, SPORTS NET NEW YORK (SNY), DERRELL JOHNSON, NEW YORK BEACON, TINA CERVASIO, FOX NY WNYW, MARC BERMAN, NEW YORK POST SPORTS, GREGG SCHWARTZ OF NEW YORK KNICKS, DAN SABREEN OF NEW YORK KNICKS, JONATHAN A. SUPOVITZ OF NEW YORK KNICKS, ALYSON FURCH OF NEW YORK KNICKS, JOANNA SAPIRO, MANDY GUTMAN OF NEW YORK KNICKS, RONNY FIEG OF NEW YORK KNICKS, BRITTANY STAMOULIS OF MADISON SQUARE GARDEN SPORTS CORPORATION, NATIONAL BASKETBALL PLAYERS ASSOCIATION (hereafter NBPA), MICHELE ROBERTS OF NBPA, PHOENIX SUNS BASKETBALL FRANCHISE, MIAMI HEAT BASKETBALL ASSOCIATION, MIKE BASS OF NATIONAL BASKETBALL ASSOCIATION

Supreme Court of
the State of New York     ADDENDUM

County of New York              Index #CV 10521
                                Plaintiff, pro se,
                                designates New
I, DC Livers hereby -by the     York County as
Court's permission- requests    place of trial.
to proceed with the IFP         Summons with
and to proceed Annonymously     notice
as Jane Doe in jury demand

vs.

Defendants James Dolan, NBA, NBPA, Madison Square Garden, Madison Square Entertainment, Kevin Garnett, Ronald Glen "Big Baby" Davis, The Boston Celtics, The Garden of Dreams, Ian Begley, ESPN, Sports Net New York (SNY), Derrell Johnson, New York Beacon, Marc Berman, New York Post Sports, Gregg Schwartz of New York Knicks, Dan Sabree of New York Knicks, Alyson Furch of New York Knicks, Joanna Sapiro, Mandy Gutman of New York Knicks and Brittany Skoumoulis, et al

(page 1 of 2)

Index CV 10521

DC Livers hereby the Court's permission with IFP and to proceed ~~anonemo~~ DL 1/27/24 annohymously as Jane Doe

page 2 of 2

Attached is an envelope with my address and I signed any and all paperwork in person on 0/25/24 but up getting your request to add my name and address am submitting the ADDENDUM and will be seeking counsel going forward. I had to file prose because so many of NYC's attorneys are afraid of James Dolan & told me so. I had to meet the deadline. Please pardon

Supreme Court of the State of New York

County of New York

Index CV 10521

Plaintiff, Pro se

(page 1 of 1)

Submission of existing video evidence proving the allegations plus proof of communications with the defendants proving the allegations, sexual assault and retaliation and collusion

DC Livers, hereafter proceeding as Jane Doe under HUSH order issued on 12/28/23, am alerting the court of existing very clear and defined video of the sexual assault which took place at Madison Square Garden in the team lockerroom. Management, the League and was retaliated against including but not limited to loss of opportunity, revenue, professional reputation

Livers as Jane Doe
390 9th Ave / General Delivery
NY, NY 10001

PO Box
1/30/24

Supreme Court of The State
of New York
500 Pearl Street
NY, NY

RECEIVED
JAN 29 2024
CLERK'S OFFICE
S.D.N.Y.

US DISTRICT COURT
of NEW YORK
500 PEARL ST
NY, NY

D. Lives
390 9th Ave
General Delivery
NY, NY 10001