UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, | |
| Plaintiff, | 23-CV-10521 (LTS) |
| -against- | ORDER OF DISMISSAL |
| JAMES DOLAN, *et al.*, | |
| Defendants. | |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated July 2, 2024, the Court directed Plaintiff, within thirty days, to resubmit the signature page of the complaint with an original signature. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not submitted the signed signature page. Accordingly, the complaint is dismissed without prejudice. *See* Fed. R. Civ. P. 11(a).

In the same July 2, 2024 order, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed in forma pauperis ("IFP application") or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application or paid the fees. Accordingly, the complaint is dismissed without prejudice for that reason also. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:    November 25, 2024
          New York, New York

_____
          /s/ Laura Taylor Swain
          LAURA TAYLOR SWAIN
          Chief United States District Judge